UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DUNKIN' DONUTS INCORPORATED<br>a Delaware Corporation,<br><br>              Plaintiff,<br>v.<br><br>GOURMET DONUTS, INC.<br> a Massachusetts Corporation and<br>WALID ALNAHHAS d/b/a GOURMET<br>DONUTS, INC.<br> a Citizen and Resident of Massachusetts,<br><br>              Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) C.A. No._____<br>) 05-11351 DPW<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**CORPORATE DISCLOSURE STATEMENT**
**PURSUANT TO LOCAL RULE 7.3 AND FEDERAL RULE 7.1**

Pursuant to Local Rule 7.3(A) and Federal Rule 7.1, Plaintiff Dunkin' Donuts Incorporated makes the following statement identifying all their parent corporations, and listing any publicly held company that owns 10% or more of the parties' stock:

    a.     Corporate affiliations.

Plaintiff Dunkin' Donuts Incorporated is a wholly-owned subsidiary of Allied Domecq PLC, a publicly-traded United Kingdom company primarily engaged in the drinks and food business. Dunkin' Brands, Inc. a wholly-owned subsidiary of Allied Domecq PLC, is the one hundred percent owner of Dunkin' Donuts Incorporated, Baskin-Robbins USA Co., and Togo's Eateries, Inc. Dunkin' Donuts Incorporated established a wholly-owned subsidiary corporation named Dunkin' Donuts USA, Inc. to own all of the Company's U.S. trademarks. Dunkin'

Donuts does not do business under any other name, however, its subsidiary, Mister Donuts of America, Inc., formerly franchised coffee and doughnut shops under the name "Mister Donut."

Plaintiff is unaware of any publicly held company that owns 10% or more of plaintiff's stock. Plaintiff is also unaware of the identity of any other corporation, unincorporated association, partnership or other business entity, not a party to the case, which may have a financial interest in the outcome of this litigation.

Respectfully submitted,

/s/ Robert H. Murphy
Robert A. Murphy, BBO #363700
CASNER & EDWARDS, LLP
303 Congress Street
Boston, MA 02210
(617) 426-5900

Attorney for Plaintiff
Dunkin' Donuts Incorporated

Dated: June 27, 2005

3648.93/356681.1