AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ MASSACHUSETTS  21

DUNKIN' DONUTS INCORPORATED

V.
GOURMET DONUTS, INC. and
WALID ALNAHHAS d/b/a GOURMET
DONUTS, INC.

**SUMMONS IN A CIVIL ACTION**

## 05 - 11351DP

CASE NUMBER:

TO: (Name and address of Defendant)

Walid Alnahhas d/b/a Gourmet Donuts, Inc.
18 Wrentham Road
Worcester, MA 01602

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Robert A. Murphy, Esq.
Casner & Edwards, LLP
303 Congress Street
Boston, MA 02210

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK

(By) DEPUTY CLERK

_6 · 27 05_

DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
　　　　　　　　Date　　　　　　　　Signature of Server

_____
Address of Server

**Worcester County Sheriff's Office** • P.O. Box 1066 • Worcester, MA 01613 • (508) 752-1100
*Worcester, ss*

07/06/2005

I hereby certify and return that on 07/05/2005 at 03:00pm I served a true and attested copy of the Summons and Complaint, Civil Cover Sheet(2), Exhibit A, B & C, Corporate disclosure statement pursuant to Local Rule7.3 & federal Rule 7.1, Report on the filing or determination of an action regarding a patent or trademark in this action in the following manner: To wit, by delivering in hand to ANITA BIES AGENT AND PERSON IN CHARGE AT THE TIME OF SERVICE FOR WALID ALNAHHAS, GOURMET DONUTS, INC. at PARK AVENUE WORCESTER, MA.  Fees:  Service 20.00, Travel 18.84, Conveyance 0.00, Attest 0.00 & Postage and Handling 0.00, Total fees: $38.84

Deputy Sheriff Michael J Ahearn

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.