AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of     MASSACHUSETTS

DUNKIN' DONUTS INCORPORATED

V.

GOURMET DONUTS, INC. and
WALID ALNAHHAS d/b/a GOURMET
DONUTS, INC.

**SUMMONS IN A CIVIL ACTION**

**05 - 11351 DPW**

CASE NUMBER:

TO: (Name and address of Defendant)

Gourmet Donuts, Inc.
43 Airport Road
Fitchburg, MA 01420

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Robert A. Murphy, Esq.
Casner & Edwards, LLP
303 Congress Street
Boston, MA 02210

an answer to the complaint which is served on you with this summons, within     20     days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON           _6/27/05_

CLERK                                                         DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

**Worcester County Sheriff's Office** • P.O. Box 1066 • Worcester, MA 01613 • (508) 752-1100

Worcester, ss

07/01/2005

I hereby certify and return that on 06/29/2005 at 11:34am I served a true and attested copy of the Summons and Complaint, Civil Action Cover Sheet, Corporate Disclosure Statement, Report on the Filing for Determination and Action in this action in the following manner: To wit, by delivering in hand to WILLY, agent, person in charge at the time of service for GOURMET DONUTS, INC. at 43 AIRPORT RD, FITCHBURG, MA. Fees: Service 20.00, Travel 13.84, Conveyance 2.00, Attest 5.00 & Postage and Handling 1.00, Total fees: $41.84

Deputy Sheriff Terence N Slattery

_____
Deputy Sheriff

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  | $0.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____   _____
               Date                          Signature of Server


_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.