UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DUNKIN' DONUTS INCORPORATED<br>a Delaware Corporation,<br><br>        Plaintiff,<br>v.<br><br>GOURMET DONUTS, INC.<br>a Massachusetts Corporation and<br>WALID ALNAHHAS d/b/a GOURMET<br>DONUTS, INC.<br>a Citizen and Resident of Massachusetts,<br><br>        Defendants. | C.A. No. 05-11351 DPW |

## LOCAL RULE 16.1(D)(3) CERTIFICATION

The undersigned hereby certify that they have conferred with a view towards establishing a budget for the cost of conducting this litigation and to consider the possibility of resolving this action through the use of alternative dispute resolution.

Respectfully submitted,

/s/ GERRY A. BLODGETT
_____
Gerry A. Blodgett, Esq., BBO # 46,160
Blodgett & Blodgett, P.C.
43 Highland Street
Worcester, MA 01609-2797
(508) 753-5533
Attorney For Defendants
Gourmet Donuts, Inc. and Walid Alnahas.

/s/ WALID ALNAHAS
_____
Walid Alnahas, for myself and as authorized representative of Gourmet Donuts, Inc.

Dated: August _19_, 2005

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of this document on the attorneys for the Plaintiff.

                                                Robert A. Murphy, BBO #363700
                                                Matthew L. Lunenfeld, BBO #637206
                                                CASNER & EDWARDS, LLP
                                                303 Congress Street
                                                Boston, MA 02210
                                                (617) 426-5900

/s/ GERRY A. BLODGETT
_____

Dated: August \_19\_, 2005