UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DUNKIN' DONUTS INCORPORATED )
a Delaware Corporation, )
)
Plaintiff, )
v. )
) C.A. No. 05-11351 DPW
GOURMET DONUTS, INC. )
a Massachusetts Corporation and )
WALID ALNAHHAS d/b/a GOURMET )
DONUTS, INC. )
a Citizen and Resident of Massachusetts, )
)
Defendants. )
)

## LOCAL RULE 16.1(D)(3) CERTIFICATION

The undersigned hereby certify that they have conferred with a view towards establishing a budget for the cost of conducting this litigation and to consider the possibility of resolving this action through the use of alternative dispute resolution.

Respectfully submitted,
DUNKIN' DONUTS INCORPORATED
By its attorneys,

*Robert A. Murphy*
Robert A. Murphy, BBO #363700
Matthew L. Lunenfeld, BBO #637206
CASNER & EDWARDS, LLP
303 Congress Street
Boston, MA 02210
(617) 426-5900

*Jack Laudermilk*
Jack Laudermilk
Associate General Counsel
Dunkin' Brands, Inc.
130 Royall Street
Canton, MA 02021

Dated: August 23, 2005
3648.03/361491.1