UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DUNKIN' DONUTS INCORPORATED<br>  a Delaware Corporation,<br><br>                Plaintiff,<br>  v.<br><br>GOURMET DONUTS, INC.<br>  a Massachusetts Corporation and<br>WALID ALNAHHAS d/b/a GOURMET<br>DONUTS, INC.<br>  a Citizen and Resident of Massachusetts,<br><br>                Defendants. | C.A. No.  05-11351 DPW |

**RULE 26 INITIAL DISCLOSURE STATEMENT**
**OF PLAINTIFF DUNKIN' DONUTS INCORPORATED**

Plaintiff Dunkin' Donuts Incorporated ("Dunkin'") hereby discloses the following pursuant to Local Rules 26.1(B) and 26.2(A) of the United States District Court for the District of Massachusetts.

1.     The following individuals are persons who are believed to have discoverable information about the claims or defenses in this action.

    Jack Laudermilk
    Associate General Counsel
    Dunkin' Brands, Inc.
    130 Royall Street
    Canton, MA  02021
    (781) 737-3621

      L.J. Remillard, Jr.
      Director and Managing Counsel
      Dunkin' Brands, Inc.
      130 Royall Street
      Canton, MA  02021
      (781) 737-3925

      Dennis LeClair
      Franchise Service Manager
      Dunkin' Brands, Inc.
      Worcester, MA
      (508) 259-0410

      Walid Alnahhas
      338 Park Avenue
      Worcester, MA

      2.      Dunkin' hereby submits a description of the documents that may be relevant to disputed facts alleged with particularity in the pleadings.  Some of these documents were attached to Dunkin's Complaint; others are located at the offices of Dunkin' in Canton, Massachusetts.  They include:  United States Patent and Trademark Office trademark registrations owned by Dunkin', photographs of the exterior signs at defendants' shop at 338 Park Avenue, Worcester, Massachusetts and relevant correspondence including, but not limited to, a "cease and desist" letter dated June 2, 2005 sent to Mr. Walid Alnahas.  Copies of discoverable, non-privileged documents maintained at Dunkin's offices will be made available to the defendants upon request at a mutually convenient time and place.

      3.      Dunkin' has not obtained any statement from the defendants regarding the subject matter of the claims.

      4.      Dunkin' has insufficient evidence at this time to compute its damages and, therefore, does not possess relevant documents concerning its damages.  Dunkin' will make such documents available to defendants after it obtains same through discovery.

| | |
|---|---|
| Dated: September 13, 2005 | Respectfully submitted,<br>DUNKIN' DONUTS INCORPORATED<br>By its attorneys,<br><br>/s/ Robert A. Murphy<br>Robert A. Murphy, BBO #363700<br>Matthew L. Lunenfeld, BBO #637206<br>CASNER & EDWARDS, LLP<br>303 Congress Street<br>Boston, MA 02210<br>(617) 426-5900<br>rmurphy@casneredwards.com |

3648.93/362952.1