UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DUNKIN' DONUTS INCORPORATED<br>a Delaware Corporation,<br><br>         Plaintiff,<br>v.<br><br>GOURMET DONUTS, INC.<br>a Massachusetts Corporation and<br>WALID ALNAHHAS d/b/a GOURMET<br>DONUTS, INC.<br>a Citizen and Resident of Massachusetts,<br><br>         Defendants. | C.A. No.  05-11351 DPW |

**<u>Required disclosures under FRCP 26.</u>**

(1) Initial Disclosures. Except in categories of proceedings specified in Rule 26(a)(1)(E), or to the extent otherwise stipulated or directed by order, a party must, without awaiting a discovery request, provide to other parties:

(A) the name and, if known, the address and telephone number of each individual likely to have discoverable information that the disclosing party may use to support its claims or defenses, unless solely for impeachment, identifying the subjects of the information;

DISCLOSURE:

Walid Alnahhas aka Walid Alnahas
3 Moreland Green Dr., Worcester, MA 01609
Phone 1-774-262-3500

The history of the marks in question.

Eyad Nashaf
66 Beverly Hill Dr.,  Shrewsbury, MA 01545
Phone  1-508-989-9000

The history of the marks in question.

(B) a copy of, or a description by category and location
of, all documents, data compilations, and tangible things
that are in the possession, custody, or control of the party
and that the disclosing party may use to support its
claims or defenses, unless solely for impeachment;

DISCLOSURE:
The signage and products bearing the subject graphics are present
 at the shop at 338 Park Avenue, Worcester, Ma
and are available for viewing at a time to be agreed upon.

(C) a computation of any category of damages claimed
by the disclosing party, making available for inspection
and copying as under Rule 34 the documents or other evidentiary
material, not privileged or protected from disclosure,
on which such computation is based, including materials
bearing on the nature and extent of injuries suffered;

DISCLOSURE:
Defendants do not presently claim damages.

and

(D) for inspection and copying as under Rule 34 any insurance
agreement under which any person carrying on an
insurance business may be liable to satisfy part or all of
a judgment which may be entered in the action or to indemnify
or reimburse for payments made to satisfy the
judgment.

DISCLOSURE:
Defendants offer for inspection and copying, at the office of defendants'
attorney, any such insurance agreement, at a time to be agreed upon.

        Respectfully submitted,

        _/s/ Gerry A. Blodgett_____
        Gerry A. Blodgett, Esq., BBO # 46,160
        Blodgett & Blodgett, P.C.
        43 Highland Street
        Worcester, MA  01609-2797
        (508) 753-5533

        Attorney For Defendants
        Gourmet Donuts, Inc. and Walid Alnahhas.

Dated:  September 13, 2005

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of this document on the attorneys for the Plaintiff.

        Robert A. Murphy, BBO #363700
        Matthew L. Lunenfeld, BBO #637206
        CASNER & EDWARDS, LLP
        303 Congress Street
        Boston, MA 02210
        (617) 426-5900

_/s/ Gerry A. Blodgett____
Dated:  September 13, 2005