UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| DUNKIN' DONUTS INCORPORATED<br>a Delaware Corporation,<br><br>     Plaintiff,<br>v.<br><br>GOURMET DONUTS, INC.<br>a Massachusetts Corporation and<br>WALID ALNAHHAS d/b/a GOURMET<br>DONUTS, INC.<br>a Citizen and Resident of Massachusetts,<br><br>     Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 05-11351 DPW<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**Supplemental Required Disclosures Under FRCP 26.**

The name and, if known, the address and telephone number of each individual likely to have discoverable information that the disclosing party may use to support its claims or defenses, unless solely for impeachment, identifying the subjects of the information;

DISCLOSURE:

Stephen Lowe
149 Greenwood Street, Worcester, MA 01607
Phone 1-508-757-6452

The history of defendants' use of their mark.

          Respectfully submitted,
          _/s/ Gerry A. Blodgett_____
          Gerry A. Blodgett, Esq., BBO # 46,160
          Blodgett & Blodgett, P.C.
          43 Highland Street

        Worcester, MA  01609-2797
        (508) 753-5533

        Attorney For Defendants
        Gourmet Donuts, Inc. and Walid Alnahhas.

Dated:  September 30, 2005

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of this document on the attorneys for the Plaintiff.

        Robert A. Murphy, BBO #363700
        Matthew L. Lunenfeld, BBO #637206
        CASNER & EDWARDS, LLP
        303 Congress Street
        Boston, MA 02210
        (617) 426-5900

_/s/ Gerry A. Blodgett____
Dated:  September 30, 2005