# EXHIBIT A

Int. Cls.: 29, 30, 32, and 43

Prior U.S. Cls.: 45, 46, 48, 100, and 101

**United States Patent and Trademark Office**

Reg. No. 2,751,008
Registered Aug. 12, 2003

## TRADEMARK
## SERVICE MARK
## PRINCIPAL REGISTER



DUNKIN' DONUTS USA, INC. (MICHIGAN CORPORATION)
P.O. BOX 33006
DETROIT, MI 48232

FOR: FRUIT-BASED FILLINGS FOR DOUGHNUTS, COOKIES, CAKES AND PIES; EDIBLE OILS AND FATS; FRUIT TOPPING; NUT TOPPING; SHORTENINGS, IN CLASS 29 (U.S. CL. 46).

FIRST USE 2-28-2002; IN COMMERCE 2-28-2002.

FOR: DOUGHNUTS AND BAKERY PRODUCTS; COFFEE; TEA; COCOA; SUGAR; COOKIES; CAKES; PIES; MUFFINS; PLAIN, GLAZED, COATED AND FILLED FRIED CAKES; BAGELS; CHOCOLATE-BASED FILLINGS FOR CAKES AND PIES; CUSTARD-BASED FILLINGS FOR CAKES AND PIES; CHOCOLATE-BASED TOPPING; FLOUR; FLAVORING EXTRACTS; CONFECTIONERY CHIPS FOR BAKING; HONEY; YEAST; BAKING-POWDER; HOT CHOCOLATE; HOT COCOA, IN CLASS 30 (U.S. CL. 46).

FIRST USE 5-8-2001; IN COMMERCE 5-8-2001.

FOR: FRUIT DRINKS AND FRUIT JUICES; COFFEE-FLAVORED SOFT DRINKS; SYRUPS AND OTHER PREPARATIONS, CONCENTRATES AND POWDER, FOR SOFT DRINKS AND FRUIT DRINKS, IN CLASS 32 (U.S. CLS. 45, 46 AND 48).

FIRST USE 5-8-2001; IN COMMERCE 5-8-2001.

FOR: RESTAURANT AND CARRY-OUT FOOD SERVICES, IN CLASS 43 (U.S. CLS. 100 AND 101).

FIRST USE 5-8-2001; IN COMMERCE 5-8-2001.

OWNER OF U.S. REG. NOS. 748,901, 1,159,354, AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "DONUTS", APART FROM THE MARK AS SHOWN.

THE CUP IS WHITE AND LINED IN ORANGE ON A PINK BACKGROUND. THE WORDS "DUNKIN'" ARE IN ORANGE AND THE WORDS "DONUTS" IN PINK.

THE MARK CONSISTS OF THE DESIGN OF A CUP CONTAINING A HOT BEVERAGE ADJACENT TO THE WORDS "DUNKIN' DONUTS" IN DESIGN.

SN 76-266,478, FILED 6-5-2001.

ANGELA M. MICHELI, EXAMINING ATTORNEY

# EXHIBIT B

Case 1:05-cv-11351-DPW    Document 16    Filed 11/11/2005    Page 3 of 6



# EXHIBIT C

Case 1:05-cv-11351-DPW    Document 16    Filed 11/11/2005    Page 5 of 6

