AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of      MASSACHUSETTS

DUNKIN' DONUTS INCORPORATED

**SUMMONS IN A CIVIL ACTION**

V.

GOURMET DONUTS, INC.,
DONUT CASTLE, INC. and
WALID ALNAHHAS

CASE NUMBER:  05-11351 DPW

TO: (Name and address of Defendant)

Donut Castle, Inc.
c/o Eyad Nashef, Registered Agent
338 Park Avenue
Worcester, MA 01610

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Robert A. Murphy, Esq.
Casner & Edwards, LLP
303 Congress Street
Boston, MA 02210

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SARAH THORNTON

NOV 1 4 2005

CLERK                                  DATE



(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

**Worcester County Sheriff's Office** • P.O. Box 1066 • Worcester, MA 01613 • (508) 752-1100

Worcester, ss                                                            11/23/2005

I hereby certify and return that on 11/22/2005 at 02:12pm I served a true and attested copy of the Summons and first Amended complaint, 2 civil action cover sheets, corporate disclosure Statements, Reports on finding in this action in the following manner: To wit, by delivering in hand to DONUT CASTLE INC. at 338 PARK AVE, WORCESTER, MA. Fees: Service 30.00, Travel 19.20, Conveyance 2.00, Attest 5.00 & Postage and Handling 1.00, Total fees: $57.20

Deputy Sheriff Michael J Ahearn

Deputy Sheriff

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  | $0.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                    Date                              Signature of Server

                                        _____
                                                    Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.