UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DUNKIN' DONUTS INCORPORATED<br>  a Delaware Corporation,<br><br>                    Plaintiff,<br>       v.<br><br>GOURMET DONUTS, INC.<br>  a Massachusetts Corporation,<br>DONUT CASTLE, INC.<br>  a Massachusetts Corporation, and<br>WALID ALNAHHAS,<br>  a Citizen and Resident of Massachusetts,<br><br>                    Defendants. | C.A. No. 05-11351 DPW |

**SCHEDULING/STATUS CONFERENCE STATUS REPORT**

Plaintiff Dunkin' Donuts Incorporated and defendants Gourmet Donuts, Inc., Donut Castle, Inc., and Walid Alnahhas submit the following status report in accordance with this Court's Order dated October 10, 2005:

**CURRENT STATUS OF CASE**

A.   Discovery Proceedings: The parties state that a preliminary settlement agreement has been reached. Therefore, the parties at this time contemplate no additional discovery.

B.   Settlement Discussions: A preliminary settlement agreement has been reached that in substance calls upon the defendants to remove all allegedly offending existing exterior signs at the shop at 338 Park Avenue, Worcester, Massachusetts and terminate the use, at that shop, of all printed goods bearing the design or logo currently used on the exterior signs of that shop, by no later than July 27, 2006.

C.   Pending or Contemplated Motions: None anticipated.

D.    Proposed Pre-Trial Conference/Trial Dates: The parties request cancellation of the status conference scheduled for March 17, 2006, and further requests a pre-trial conference date following July 27, 2006. The parties anticipate completing the terms and conditions of the proposed settlement before that time and will report any such finalized settlement to the Court prior to the pre-trial conference, if applicable.

At this time, the parties do not request a trial date.

E.    Other Matters to be Addressed: None.

Respectfully submitted,

| DUNKIN' DONUTS INCORPORATED, | GOURMET DONUTS, INC. DONUT CASTLE, INC. and WALID ALNAHHAS, |
|---|---|
| By its attorneys, | By their attorney, |
| /s/ Robert A. Murphy | /s/ Gerry A. Blodgett |
| _____ | _____ |
| Robert A. Murphy, BBO #363700 | Gerry A. Blodgett, BBO #46160 |
| Matthew L. Lunenfeld, BBO #637206 | BLODGETT & BLODGETT, P.C. |
| CASNER & EDWARDS, LLP | 43 Highland Street |
| 303 Congress Street | Worcester, MA  01609-2797 |
| Boston, MA 02210 | 508-753-5533 |
| 617-426-5900 | pct-law@ix.netcom.com |
| rmurphy@casneredwards.com | |

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on March 8, 2006.

/s/ Robert A. Murphy
_____

3648.93/377607.1

2