UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DUNKIN DONUTS, INC.,
    Plaintiff,

v.                                    CIVIL ACTION
                                       NO.05-11351-DPW

GOURMET DONUTS, INC.,
    Defendant.

## SETTLEMENT ORDER OF DISMISSAL

WOODLOCK, District Judge

    The Court having been advised that the above-entitled action has been settled with respect to all parties;

    IT IS ORDERED that the above captioned matter be, and it hereby is, DISMISSED without costs and without prejudice to the right of any party upon good cause shown within 90 days, to reopen the action if settlement is not consummated, otherwise the parties shall file a Stipulation of Dismissal, Notice of Voluntary Dismissal, or an Agreement for Judgment with the Court no later than **JUNE 12, 2006**

                                              BY THE COURT,

                                              /s/ Michelle Rynne

                                              Deputy Clerk

DATED: March 14, 2006