UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

———————————————————————

| | |
|---|---|
| DUNKIN' DONUTS INCORPORATED<br>  a Delaware Corporation,<br><br>                    Plaintiff,<br>    v.<br><br>GOURMET DONUTS, INC.<br>  a Massachusetts Corporation,<br>DONUT CASTLE, INC.<br>  a Massachusetts Corporation, and<br>WALID ALNAHHAS,<br>  a Citizen and Resident of Massachusetts,<br><br>                 Defendants. | C.A. No.  05-11351 DPW |

———————————————————————

## JOINT MOTION TO EXTEND SETTLEMENT ORDER OF DISMISSAL

Plaintiff Dunkin' Donuts Incorporated and defendants Gourmet Donuts, Inc., Donut Castle, Inc. and Walid Alnahhas jointly move to extend the Settlement Order of Dismissal from June 12, 2006 to July 31, 2006.

As grounds, the parties state that the defendants need more time in order to implement changes to their signs that are at the heart of this trademark dispute.  The parties were hopeful that such changes could have been made prior to the June 12, 2006 deadline, but the defendants were unable to secure necessary financing until recently and are taking measures to implement the agreed upon changes by July 27, 2006.

Accordingly, the parties respectfully request that this Court grant their Joint Motion to Extend Settlement Order of Dismissal.

Respectfully submitted,

DUNKIN' DONUTS INCORPORATED,

By its attorneys,


/s/ Robert A. Murphy
_____
Robert A. Murphy, BBO #363700
Matthew L. Lunenfeld, BBO #637206
CASNER & EDWARDS, LLP
303 Congress Street
Boston, MA 02210
617-426-5900
rmurphy@casneredwards.com

GOURMET DONUTS, INC.
DONUT CASTLE, INC. and
WALID ALNAHHAS,

By their attorney,


/s/ Gerry A. Blodgett
_____
Gerry A. Blodgett, BBO #46160
BLODGETT & BLODGETT, P.C.
43 Highland Street
Worcester, MA  01609-2797
508-753-5533
pct-law@ix.netcom.com

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on June 12, 2006.

/s/ Robert A. Murphy
_____

Dated:  June 12, 2006

3648.93/385609