UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DUNKIN' DONUTS INCORPORATED<br>  a Delaware Corporation,<br><br>                Plaintiff,<br>    v.<br><br>GOURMET DONUTS, INC.<br>  a Massachusetts Corporation,<br>DONUT CASTLE, INC.<br>  a Massachusetts Corporation, and<br>WALID ALNAHHAS,<br>  a Citizen and Resident of Massachusetts,<br><br>                Defendants. | C.A. No.  05-11351 DPW |

**STIPULATION OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff Dunkin' Donuts Incorporated and Defendants Gourmet Donuts, Inc., Donut Castle, Inc. and Walid Alnahhas hereby give notice of the dismissal of this action with prejudice and without costs.

Respectfully submitted,

| | |
|---|---|
| DUNKIN' DONUTS INCORPORATED, | GOURMET DONUTS, INC.<br>DONUT CASTLE, INC. and<br>WALID ALNAHHAS, |
| By its attorneys, | By their attorney, |
| /s/ Robert A. Murphy | /s/ Gerry A. Blodgett |
| Robert A. Murphy, BBO #363700<br>Matthew L. Lunenfeld, BBO #637206<br>CASNER & EDWARDS, LLP<br>303 Congress Street<br>Boston, MA 02210<br>617-426-5900<br>rmurphy@casneredwards.com | Gerry A. Blodgett, BBO #46160<br>BLODGETT & BLODGETT, P.C.<br>43 Highland Street<br>Worcester, MA  01609-2797<br>508-753-5533<br>pct-law@ix.netcom.com |

2

CERTIFICATE OF SERVICE

     I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on August 2, 2006.

     /s/ Robert A. Murphy
     _____

Dated:  August 2, 2006

3648.93/389951.1